FILED

Alicia Tabalon
2325 W Avenue P12
Palmdale, California 93551
Tel:

2014 APR 17 PM 3: 31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

# DISTRICT COURT UNTED STATES

## FOR THE CENTRAL DISTRICT CALIFORNIA

| | |
|---|---|
| ALICIA TABALON<br><br>          Plaintiff,<br><br>V.<br><br><br>MIDLAND FUNDING, LLC<br><br>          Defendant. | Case No. 2:14 CV-01259-JAK-MRNx<br><br>Small Claims No: 14SA0068<br><br>**FIRST AMENDED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS** |

### PLAINTIFFS' STATEMENT OF CLAIM

### STATEMENT UPON WHICH RELIEF CAN BE GRANTED

**Statement of Claim**

The Defendant is a 3rd party debt collector, as such is governed under the law by The Fair Debt Collection Practices Act 15 USC Section §1601, *et seq*. The Defendants are also governed under the law by The Fair Credit Reporting Act 15 USC Section §1681, *et seq*. The State of California abides by and adheres to these laws. Thus establishing the jurisdiction of this honorable court. Specifically 618 of the FDCRA.

The Plaintiff denies ever having any contractual agreement for credit, loans or services relationship with the Defendant(s).

**Even if the Plaintiff did have such an agreement, which the Plaintiff denies, the alleged debt is not in question here. But the fact as to how it was or was not validated and wrongful actions of the Defendants in an attempt to collect and credit reporting of the alleged debt, violated the civil rights of the Plaintiff and the law as outlined in the Debt Collection Practices Act, 15 USC §1601,** *et seq.* **and the Fair Credit Reporting Act 15 USC §1681,** *et seq.*

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq*.

## JURISDICTION

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

## FACTUAL ALLEGATIONS

On August 13 2013, Defendant initiated a soft pull of Plaintiff's credit report from Experian, Trans Union, Equifax without permissible purpose.

## COUNT I
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
## WILLFUL NON-COMPLIANCE BY DEFENDANT DEBT COLLECTORS.

3. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

4. Midland Funding, LLC, is a furnisher of information within the meaning of the FCRA 15 U.S.C. §1681s-2.

5. Midland Funding, LLC willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

**WHEREFORE**, Plaintiff demands judgment for damages in the amount of $3,000 against

Midland Funding, LLC for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681**

**NEGLIGENT NON-COMPLIANCE BY DEFENDANT DEBT COLLECTORS**

6. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

7. Midland Funding, LLC are furnishers of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

8. Midland Funding, LLC negligently violated the FCRA, Defendant's violations include, but are not limited to, the following:

Midland Funding, LLC negligently violated the FCRA. 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

**WHEREFORE**, Plaintiff demands judgment for damages in the amount of $3,000 against Midland Funding, LLC, for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681o.

## COUNT III

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681q**

**OBTAINING INFORMATION UNDER FALSE PRETENSES BY DEFENDANT DEBT COLLECTORS**

Midland Funding, LLC, negligently violated 15 U.S.C. §1681q by

COMPLAINT

knowingly and willfully obtains information on a consumer from a consumer reporting agency under false pretenses.

Midland Funding, LLC negligently violated 15 U.S.C. §1681q by knowingly and willfully obtains information on a consumer from a consumer reporting agency under false pretenses.

**WHEREFORE**, Plaintiff demands judgment for damages in the amount of $9,000 against Midland Funding, LLC, for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681q.

## COUNT IV

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681s-2 RESPONSIBILTIES OF FURNISHERS OF INFORMATION TO CONSUMER REPORTING AGENCIES DEBT COLLECTORS**

Midland Funding, LLC, negligently violated 15 U.S.C. §1681s-2 by knowingly and willfully providing inaccurate information on a consumer credit report.

**WHEREFORE**, Plaintiff demands judgment for damages in the amount of $3,000 against Midland Funding, LLC for actual damages, and attorney's fees, costs, pursuant to 15 U.S.C. § 1681q.

**WHEREFORE,** the defendant has violated the Fair Credit Reporting Act. Plaintiff demands Judgment in the amount of **$12,000.00**, plus all costs of this action along with punitive damages in the amount of **$50,000.00** pursuant to 15 U.S.C. §1681n (a) (3) and 15 U.S.C. §1681o (a), 15 U.S.C §1681q.

## "TRIAL BY JURY DEMANED"

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 17th day of April, 2014

*[signature]*

Alicia Tabalon
2325 W Avenue P12
Palmdale, California 93551
Tel:

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I SASHA KOSTIC do hereby certify that I am over the age of 18 and not a party to the within action;

On April 17, 2014, I served the foregoing documents described as **FIRST AMENDED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS** on the interested parties in this action by placing true copies thereof enclosed in sealed

envelopes addressed as follows:

THOMAS F. LANDERS, Attorney of Record of Midland Funding, LLC
BRIAN D. PASTORE, Attorney of Record of Midland Funding, LLC
401 B Street Suite 1200
San Diego, California 92101

[XX] BY MAIL

   [XX] I deposited such envelope in the mail at PANORAMA CITY, California. This envelope was mailed with postage thereon fully prepaid.

   Executed on April 17, 2014, at PANORAMA CITY, California

[XX] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

SASHA KOSTIC
Type or print name

Thomas S.
Signature